1667-14

# ELECTRONIC RECORD

COA #   01-13-01022-CR          OFFENSE:   29.03 (Aggravated Robbery)

STYLE:   Steve Lee Dorsey v. The State of Texas          COUNTY:   Harris

COA DISPOSITION:   AFFIRM          TRIAL COURT:   209th District Court

DATE: 11/20/2014          Publish: NO   TC CASE #:   1249910

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Steve Lee Dorsey v. The State of Texas          CCA #:   1667-14

_____APPELLANT'S_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 02/11/2015

JUDGE: Per Curiam

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**